No. 91–565. ADAMS v. CITY OF DETROIT, MICHIGAN, ET AL. Ct. App. Mich. Certiorari denied.

No. 91–607. MCDONALD v. PIEDMONT AVIATION, INC. C. A. 2d Cir. Certiorari denied.

No. 91–623. TAYLOR v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Certiorari denied.

No. 91–639. WOGAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–5100. CARROLL, AKA SHIYR v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 91–5257. HOLLAND v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5362. VISMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5389. COATS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 91–5501. LINDSEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5502. LINDSEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5514. CLARK v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–5530. HILL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5559. MOONEYHAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5560. PAREDES-MOYA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–5569. JENNINGS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.